Caro Wilhelm, Respondent, v. Emil Wilhelm, Appellant, Impleaded with Minnie Wilhelm. —Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, J., who dissented, and Laughlin, J., who dissented in memorandum. Appeal from an order of the Monroe Special Term, entered in the Monroe county clerk's office on the 27th day of November, 1900.— LAUGHLIN, J. (dissenting): Here the wife is not involuntarily compelled to litigate. She, herself, brings the action and for relief purely statutory and unknown to the common law. Neither the statute nor the common law authorizes the allowance of alimony in an action by the wife to annul a subsequent marriage of her husband. McLennan, J., concurred.

Erna S. Churchill, as Administratrix, etc., of William H. Churchill, Deceased, Respondent, v. City of Buffalo, Appellant. (Nos. 1, 2, 3.) —Order affirmed in each action, with ten dollars costs and disbursements in one. All concurred.

William Hatfield, Respondent, v. The City of Utica, Appellant.—Judgment and order affirmed, with costs. All concurred.

Fannie P. Cottle, Individually, and Fannie P. Cottle, as Administratrix, etc., of Joram Petrie, Deceased, Respondent, v. Elizabeth P. Staring, Appellant, Impleaded with Others.—Order reversed, with ten dollars costs and disbursements, and motion granted so far as the cancellation of the *lis pendens* is concerned, without costs. All concurred, except Spring and Laughlin, JJ., dissenting.

John F. Mixer, as President of Crescent Cycle